| | | |
|---|---|---|
| Shawnee Mission Medical Center, Inc., | ) | |
| d/b/a AdventHealth Shawnee Mission | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00513-RK |
| | ) | |
| Blue Cross and Blue Shield of Kansas | ) | |
| City, | ) | **TRIAL BY JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF ADVENTHEALTH SHAWNEE MISSION'S
### NOTICE OF INTENT TO SERVE SUBPOENAS

COMES NOW Plaintiff AdventHealth Shawnee Mission ("AdventHealth"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 45(a)(4), and hereby notifies all parties of its intent to serve subpoenas upon Machnify (Aixo, Inc. – Apixio, LLC), Cotiviti Healthcare, and Zelis Healthcare LLC. A copy of the subpoenas are attached hereto as Exhibit 1 through 3.

1

4906-0982-7178.1

Date: September 19, 2025

KUTAK ROCK LLP

/s/ *M. Courtney Koger*
M. Courtney Koger MO #42343
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
P: 816-960-0060
Fax: 816-960-0041
courtney.koger@kutakrock.com

Thomas J. Kenny (*pro hac vice*)
Suzanne M. Shehan-Ames (*pro hac vice*)
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
P: 402-346-6000
thomas.kenny@kutakrock.com
suzanne.shehan-ames@kutakrock.com

Attorneys for Plaintiff Shawnee Mission Medical
Center, Inc. d/b/a Advent Health Shawnee Mission

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2025, a true and correct copy of the above and foregoing *Notice of Intent to Serve Subpoenas* was served using the Court electronic filing system which will notify all counsel of record.

By:  /s/ *M. Courtney Koger*
Attorney for Plaintiff

4906-0982-7178.1