# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

ADVENTHEALTH and SHAWNEE
MISSION MEDICAL CENTER, INC. (d/b/a
ADVENTHEALTH SHAWNEE MISSION),

      Plaintiffs,

      v.

BLUE CROSS AND BLUE SHIELD OF
KANSAS CITY,

      Defendant.

Case No. 4:25-cv-00513-RK

## PLAINTIFFS MOTION FOR AN ORDER TO SHOW CAUSE

Plaintiffs AdventHealth and Shawnee Mission Medical Center, Inc. d/b/a AdventHealth Shawnee Mission (collectively, the "Plaintiffs"), hereby move the Court for an Order to Show Cause against non-party subpoena recipient Machinify (Aixo, Inc. – Apixio, LLC) for its failure to respond to Plaintiffs' subpoena as required by Fed. R. Civ. P. 45. Suggestions in support of this motion have been filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request this Court enter an Order to Show Cause against non-party subpoena recipient Machinify (Aixo, Inc. – Apixio, LLC), and for any other relief the Court deems just and equitable.

November 11, 2025

Respectfully submitted,

By: */s/ M. Courtney Koger*
M. Courtney Koger, MO #42343
KUTAK ROCK LLP
2405 Grand Blvd., Suite 600
Kansas City, Missouri 64108
Telephone: (816) 960-0900
Facsimile: (816) 960-0041
courtney.koger@kutakrock.com

Thomas J. Kenny, NE #20022
*(admitted pro hac vice)*
Suzanne M. Shehan, NE #20531
*(admitted pro hac vice)*
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
thomas.kenny@kutakrock.com
suzanne.shehan-ames@kutakrock.com

*Attorneys for Plaintiffs AdventHealth and Shawnee Mission Medical Center, Inc. d/b/a AdventHealth Shawnee Mission*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Thomas C. Hardy, Esq.
Dan J. Hofmeister, Jr., Esq.
CROWELL & MORING LLP
455 N. Cityfront Plaza Dr., #3600
Chicago, Illinois 60611
dhofmeister@crowell.com
thardy@crowell.com

*/s/ M. Courtney Koger*
Attorney for Plaintiffs

2