SHAWNEE MISSION MEDICAL
CENTER, INC. (d/b/a ADVENTHEALTH
SHAWNEE MISSION),

      Plaintiff,

      v.

BLUE CROSS AND BLUE SHIELD OF
KANSAS CITY,

      Defendant.

Case No. 4:25-cv-00513-RK

## **DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME:  Charles E. Atwell

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE:      X     Mediation _____ ADR-O

SESSION DATE AND TIME: June 15, 2026, 10:00 am

SESSION LOCATION: Via Zoom

MODE OF SESSION: In person: _____ Virtual:     X     Hybrid _____

4918-3116-4324.1

April 23, 2026

Respectfully submitted,

By: */s/ M. Courtney Koger*

M. Courtney Koger, MO #42343
KUTAK ROCK LLP
2405 Grand Blvd., Suite 600
Kansas City, Missouri 64108
Telephone: (816) 960-0900
Facsimile: (816) 960-0041
courtney.koger@kutakrock.com

Thomas J. Kenny, NE #20022
*(admitted pro hac vice)*
Suzanne M. Shehan, NE #20531
*(admitted pro hac vice)*
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
thomas.kenny@kutakrock.com
suzanne.shehan-ames@kutakrock.com

*Attorneys for Plaintiff Shawnee Mission Medical Center, Inc. d/b/a AdventHealth Shawnee Mission*

Approved as to form and content:

Thomas C. Hardy, Esq.
Dan J. Hofmeister, Jr., Esq.
CROWELL & MORING LLP
455 N. Cityfront Plaza Dr., #3600
Chicago, Illinois 60611
dhofmeister@crowell.com
thardy@crowell.com

*Attorneys for Defendant Blue Cross and Blue Shield of Kansas City*

2